monwealth, appellant; *John Rogers Carroll,* for appellee.

Order affirmed.

WRIGHT, P. J. and WATKINS, J., dissent.

Commonwealth *v.* Miller, Appellant.

Argued March 22, 1973. *G. Girton,* with him *James P. Mc-Hugh,* for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Miller, Appellant.

Submitted March 26, 1973. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Mitchell, Appellant.

Submitted March 12, 1973. *Robert E.*